UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**

4:50 pm May 14 2021

Clerk U.S. District Court
Northern District of Ohio
Toledo

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21CR338 |
| Plaintiff, | JUDGE JAMES R. KNEPP, II |
| vs. | **WAIVER OF DETENTION HEARING AND ORDER OF DETENTION** |
| JOSHUA JOHNSON, | MAGISTRATE JUDGE THOMAS M. PARKER |
| Defendant. | |

Joshua Johnson, the above named defendant, accused of having violated 21:846, 21:841(a)(1) and (b)(1)(B), advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

/s/ Thomas M. Parker

THOMAS M. PARKER
U.S. MAGISTRATE JUDGE

Dated: 5/14/2021