**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 3:21CR338 |
| Plaintiff, | HON. JAMES KNEPP, II. |
| v. | |
| **JOSHUA JOHNSON,** | |
| Defendants. | |

---

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

---

Now here comes CJA appointed Counsel for Defendant Joshua Johnson, Kurt W. Bruderly, and hereby moves this Court for leave to withdraw as Counsel of Record for Mr. Johnson and consequently appointed new CJA counsel.

Pursuant to Local Rule 57.21, Counsel has provided Defendant Johnson written notice of his intentions to request leave to withdraw as counsel, and in fact, this Motion comes at the request

1

of Mr. Johnson and his family. Moreover, the details of this Motion were discussed with the Court, the Government, and counsel for co-defendant in the Court's June 28, 2021 off the record pretrial.

Counsel moves for leave to withdraw as the attorney-client relationship has broken down to the point where it cannot be salvaged. Defendant's refusal to entertain the advice of Counsel, inaccurate accusation of Counsel not having Defendant's "best interests" in mind, and his repeated expressed desire to obtain "a real lawyer" is the basis behind this Motion.

Defendant, however, has the right to be represented by Counsel at all stages in the proceedings against him, therefore, if the Court were to grant Counsel leave to withdraw, it is requested that another CJA certified attorney be appointed to represent him as his financial position has not changed since Counsel's appointment. Accordingly, Counsel would/will immediately provide new counsel with the entirety of Counsel's case file.

WHEREFORE, Counsel for Defendant Joshua Johnson, Kurt W. Bruderly, hereby respectfully moves this court for leave to withdraw as counsel.

Respectfully submitted,

/s/ Kurt W. Bruderly
KURT W. BRUDERLY (0082705)

Kurt W. Bruderly
Law Offices of Kurt W. Bruderly, LLC
1119 Adams Street, Second Floor
Toledo, Ohio 43604
Tel: (419) 243-3800
Fax: (419) 243-4046
Email: kurt@lawkwb.com

## CERTIFICATION

This is to certify that on June 29, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Kurt W. Bruderly